1 | **Benjamin R. Trachtman, Esq. [SBN 137458]**
2 | ben@trachtmanlaw.com
  | **Kevin L. Henderson, Esq. [SBN 150434]**
3 | kevin@trachtmanlaw.com
  | **TRACHTMAN & MOTU LLP**
4 | **19732 MacArthur Blvd., Suite 100**
  | **Irvine, CA  92612**
5 | Telephone:  (949) 282-0100
  | Facsimile:  (949) 282-0111

Attorneys for Defendant and Third-Party Plaintiff,
U.S. Bank National Association (erroneously
sued and served as U.S. BANCORP)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| MOISES VILLALOBOS, | CASE NO.: 2:24-cv-10275-SRM-JPR |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT WITHOUT PREJUDICE (FRCP 41(c))** |
| vs. | |
| U.S. BANCORP; and DOES 1 to 10, | |
| Defendants. | COMPLAINT FILED:  11/27/24 |
|  | TRIAL DATE:           None |

**PLEASE TAKE NOTICE** that Third-Party Plaintiff, U.S. BANK NATIONAL ASSOCIATION ("USBNA") pursuant to Federal Rule of Civil Procedure Rule 41(c), hereby voluntarily dismisses its Third-Party Complaint filed on February 19, 2025 *without prejudice*.

No Third-Party defendant has served a responsive pleading to the Third-Party Complaint and no evidence has been introduced at a trial or hearing.

///

///

-1-

**NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT WITHOUT PREJUDICE (FRCP 41(c))**

Accordingly, USBNA's Third-Party Complaint may be dismissed without an Order of the Court.

DATED:  July 22, 2025                TRACHTMAN & MOTU LLP

By:  /s/ Kevin L. Henderson
Benjamin R. Trachtman
Kevin L. Henderson
19732 MacArthur Blvd., Suite 100
Irvine, CA  92612
Email:  kevin@trachtmanlaw.com
Telephone:  (949) 282-0100
Facsimile:   (949) 282-0111
Attorneys for Defendant and Third-Party Plaintiff U.S. BANK NATIONAL ASSOCIATION

# PROOF OF SERVICE
# FRCP 5

I, Leah Letenyei, the undersigned, am over the age of 18 years and not a party to this action. I am employed with the law firm of Trachtman & Motu LLP, whose address is 19732 MacArthur Boulevard, Suite 100, Irvine, CA 92612.

On July 22, 2025, I served the interested parties in this action with the following documents:

**NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT WITHOUT PREJUDICE (FRCP 41(c))**

as follows:

| *[x]* **BY ELECTRONIC TRANSMISSION:** | cm@SoCalEAG.com<br>SoCalEAG@ecf.courtdrive.com<br>Jason J. Kim, Esq.<br>Jason Yoon, Esq.<br>Kevin Hong, Esq.<br>**Attorneys for Plaintiff** |
|---|---|
| I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office. | |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 22, 2025, at Irvine, California.

/s/ Leah Letenyei
Leah Letenyei, Declarant

**NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT WITHOUT PREJUDICE (FRCP 41(c))**